IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Schmittou, James R | Case Number: 06 B 17292 |
|---|---|---|
| | Schmittou, Catherine E | Judge: Wedoff, Eugene R |
| | Printed: 01/06/09 | Filed: 12/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion: December 23, 2008
Confirmed:  March 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 31,260.00 |  |
| Secured: |  | 25,037.10 |
| Unsecured: |  | 2,427.76 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 1,795.14 |
| Other Funds: |  | 0.00 |
| Totals: | 31,260.00 | 31,260.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,000.00 | 2,000.00 |
| 2. | Dell Financial Services, Inc | Secured | 200.00 | 200.00 |
| 3. | Vista Federal Credit Union | Secured | 1,546.00 | 0.00 |
| 4. | Gb Algonquin | Secured | 8,639.78 | 8,639.78 |
| 5. | Gb Algonquin | Secured | 16,197.32 | 16,197.32 |
| 6. | Dell Financial Services, Inc | Unsecured | 274.63 | 29.34 |
| 7. | Capital One | Unsecured | 3,540.70 | 378.23 |
| 8. | Capital One | Unsecured | 3,431.15 | 366.53 |
| 9. | Capital One | Unsecured | 1,462.72 | 156.26 |
| 10. | Portfolio Recovery Associates | Unsecured | 2,446.85 | 261.39 |
| 11. | Portfolio Recovery Associates | Unsecured | 2,567.49 | 274.27 |
| 12. | ECast Settlement Corp | Unsecured | 3,124.71 | 333.80 |
| 13. | ECast Settlement Corp | Unsecured | 1,376.56 | 147.05 |
| 14. | ECast Settlement Corp | Unsecured | 899.02 | 96.04 |
| 15. | Capital One | Unsecured | 247.16 | 26.40 |
| 16. | Portfolio Recovery Associates | Unsecured | 3,355.49 | 358.45 |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 20. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 21. | HSBC Bank USA | Unsecured |  | No Claim Filed |
|  |  |  | $ 51,309.58 | $ 29,464.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Schmittou, James R  
Schmittou, Catherine E  
Printed: 01/06/09

Case Number: 06 B 17292  
Judge: Wedoff, Eugene R  
Filed: 12/29/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 46.96 |
| 5.4% | 1,095.13 |
| 6.5% | 452.31 |
| 6.6% | 200.74 |
|  | $ 1,795.14 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

